AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **IOWA**

| UNITED STATES OF AMERICA<br>V.<br>JAMES A. PLINE JR. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| ND of IA 06-mj-247 | CD of IL 06-7217 | ND of IA 06-mj-247 | CD of IL 06-7217 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☑ Complaint   ☐ Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1)

**DISTRICT OF OFFENSE**
Central District of Illinois

**DESCRIPTION OF CHARGES:**
Possession with intent to distribute a controlled substance

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _25_ day of _Aug_, 20_06_
Pridgen J. Watkins, Clerk
By _____ Deputy

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☑ No   ☐ Yes   Language: _____

**DISTRICT OF**
TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 25, 2006
Date                                            Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

6.

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __IOWA__

UNITED STATES OF AMERICA

V.

__JAMES A. PLINE, JR.__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __06-mj-247__

CHARGING DISTRICTS
CASE NUMBER: __06-7217__

I understand that charges are pending in the __Central__ District of __Illinois__

alleging violation of __21:841(a)(1)__
(Title and Section)

and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing *and detention hearing* [initials]

(X) Identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_[signature]_
Defendant

_8/25/06_
Date

_[signature]_
Defense Counsel

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ___ day of __Aug__, 20 __06__
By _____ Pridgen Watkins, Clerk
Deputy

4

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ DISTRICT OF IOWA
NORTHERN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06-mj-247 |
| Plaintiff, ) | |
| vs. ) | ORDER FOR APPOINTMENT OF COUNSEL |
| JAMES A. PLINE, JR., ) | |
| ) | ☒ *[Check if Federal Public Defender is appearing only for arraignment or initial appearance]* |
| Defendant. ) | |

IT IS HEREBY ORDERED that:

The **Federal Public Defender**

☐ *[Check if Federal Public Defender will withdraw because of a conflict]* and then, in substitution therefore, CJA Panel Attorney_____

is/are appointed to represent the above-named Defendant. This appointment is based upon the Defendant's inability to retain private counsel, as is required by 18 U.S.C. § 3006A, and on the following provision of the Amended and Substituted Criminal Justice Act Plan for the Southern District of Iowa:

*[Check one]*:

☐ The Defendant is charged with a felony or with a misdemeanor other than a petty offense

☐ The Defendant is entitled to appointment of counsel under the Sixth Amendment to the Constitution

☐ The Defendant is charged with civil or criminal contempt and faces loss of liberty

☐ The Defendant is charged with a violation of probation, or faces a change of a term or condition of probation; the Defendant is entitled to appointment of counsel in parole proceedings; or the Defendant is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extension or revocation of a term of supervised release

☐ The Defendant is in custody as a material witness

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _25_ day of _Aug_, 20_06_
By _____
Pridgen J. Watkins, Clerk
Deputy

3.

☐ The Defendant has been called as a witness before a grand jury or the court and there is reason to believe, either prior to or during testimony, that the witness could be subject to a criminal prosecution, a civil or criminal contempt proceeding, or face loss of liberty

☐ The Defendant is proposed by the United States attorney for processing under a pretrial diversion program

☐ Other:_____

If no CJA Form 23 Financial Affidavit has been submitted to the Judicial Officer with this Order, counsel appointed herein shall submit a completed CJA Form 23 to the Judicial Officer issuing this Order within five (5) days from the date the Order is entered. The appointment of counsel herein is subject to the Defendant satisfying the Court of the Defendant's qualification for court-appointed counsel under 18 U.S.C. § 3006A.

*[Check if applicable]*

☐ IT IS FURTHER ORDERED that the defendant shall pay $_____ per month to the Clerk of the United States District Court to partially defray the costs of this representation, until a total of $_____ is paid. The first payment to the clerk of court shall be made by _____, 199 __. Subsequent monthly payments shall be made by the _____ of each month. If the Defendant's financial circumstances change significantly, the Defendant may file an amended financial affidavit, and the court will consider whether the payment plan should be changed.

DATED: _August 25 2nd_

~~CLERK OF COURT~~/JUDICIAL OFFICER,
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
IOWA

2

United States District Court
Southern District of Iowa

Presiding: Honorable **THOMAS J. SHIELDS, U.S. MAGISTRATE JUDGE**
AUSA: John Mehochko
Number: 06-mj-247(ND of IA)/06-7217
UNITED STATES OF AMERICA
vs.

JAMES A. PLINE, JR.

Defense Counsel: Terence McAtee
Court Reporter: FTR Gold (SD of IA)
Interpreter: None

○ Indictment    ○ Information
⦿ Complaint    ○ Warrant

Code Violation/Offense:

21:841(a)(1)

Possession with intent to distribute drugs

Date: August 25, 2007
Time Start: 8:48 am   Time End: 8:55 am

---

## INITIAL APPEARANCE

Defendant Advised of Rights: ✓ ;
to    Retain counsel;    Have CJA appointed counsel;    ✓ Have FPD appointed
    Preliminary    Removal Hearing    Arraignment
scheduled for:

---

## ARRAIGNMENT

Advised of charges/maximum penalties:    ; Plea of not guilty entered
Indicted in True Name:    ;    as to count(s):
    True Name:    ;    Accepted:
Reading of Indictment Waived:    ; Rule 16 material by:
Trial scheduled for:    ; Reciprocal discovery by:
    Pretrial motions by:
    Notify

[Stamp: I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this ___ day of Aug, 20 06. Pridgen J. Watkins, Clerk By _____ Deputy]

---

## BOND

Bond previously set: $    ; Bond set: $
Motions for detention: ✓    ; Detention hearing set:
    Bond Continued    ✓ Deft. Committed

---

Minutes:

Defendant is in Court and with counsel for initial appearance. Defendant is advised of his rights and defendant understood his rights. Court appoints the Federal Defender's Office. Defendant waives his rule 5 & 5.1 hearing and requested transferred to the CD of IL. Government makes an oral motion for detention. Court orders defendant remanded to the custody of the USM pending transferred to the CD of IL, Urbana Division for detention hearing and preliminary hearing.

Defendant is remanded to the custody of the USM.

/s/ Brian Phillips
Deputy Clerk

5

IAND Version 2.3 - Docket Report  https://ecf.iand.circ8.dcn/cgi-bin/DktRpt.pl?404763167457873-L_9...
2:06-cr-20063-MPM-DGB   # 3-5   Page 1 of 3

**E-FILED**
Monday, 28 August, 2006  03:56:16 PM
Clerk, U.S. District Court, ILCD
CLOSED

## U.S. District Court
### Northern District of Iowa (Cedar Rapids)
### CRIMINAL DOCKET FOR CASE #: 1:06-mj-00247-JAJ-ALL
### Internal Use Only

Case title: USA v. Pline

Date Filed: 08/24/2006

Assigned to: Chief Magistrate John A Jarvey

**Defendant**

James A Pline, Jr (1)  represented by  Terence Lee McAtee
Federal Public Defender
101 West 2nd Street
Suite 401
Davenport, IA 52801
563 322 8931
Fax: 383 0052
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

The above is a true copy.
ATTEST: Pridgen J. Watkins, Clerk
By: _____

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA represented by **Richard L Murphy**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: rich.murphy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2006 | 1 | Rule 5(c)(3) Documents Received as to Defendant James A Pline, Jr (faxed to USA,FPD,USP) (de) (Entered: 08/24/2006) |
| 08/24/2006 |  | Attorney update in case as to Defendant James A Pline, Jr. Attorney Richard L Murphy for USA added. (de) (Entered: 08/24/2006) |
| 08/24/2006 | 2 | Arrest Warrant Issued in Central Illinois in case as to Defendant James A Pline, Jr. (Deft arrested in Dubuque, IA) (de) Modified on 8/25/2006-warrant faxed to USA,FPD,USP (de). (Entered: 08/24/2006) |
| 08/25/2006 | 3 | ORDER FOR APPOINTMENT OF COUNSEL - FPD for Initial Appearance only as to Defendant James A Pline, Jr. Signed by Judge Thomas J Shields on 8/25/06. (copy faxed to Des Moines FPD and AUSA) (de) (Entered: 08/25/2006) |
| 08/25/2006 | 4 | WAIVER of Rule 5(c)(3) Hearing by Defendant James A Pline, Jr. (faxed to Des Moines FPD and AUSA) (de) (Entered: 08/25/2006) |
| 08/25/2006 | 5 | Minute Entry for proceedings held before Judge Thomas J Shields. Detention Hearing/Initial Appearance as to Defendant James A Pline, Jr held on 8/25/2006. Attorney Terence McAtee for defendant. Court orders defendant remanded to the custody of the USM pending transfer to the Central District of Illinois, Urbana Division for detention and preliminary hearing. (FTR Gold - SD of IA.) (faxed to Des Moines AUSA and FPD) (de) (Entered: 08/25/2006) |
| 08/25/2006 | 6 | Intradistrict Transfer to Central District of Illinois as to Defendant James A Pline, Jr. (faxed to Des Moines FPD and AUA) (certified copy of documents #3,4,5, and 6 mailed to Central District of Illinois with attested copy of docket sheet) (de) (Entered: 08/25/2006) |
| 08/25/2006 |  | ***Case Terminated as to Defendant James A Pline, Jr. pursuant to order filed on 8/25/06 at docket entry #6. (de) (Entered: 08/25/2006) |

| 08/25/2006 | ● | Attorney update in case as to Defendant James A Pline, Jr. Attorney Terence Lee McAtee for James A Pline, Jr added pursuant to order #3. (de) (Entered: 08/25/2006) |