❧ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **IOWA**

| UNITED STATES OF AMERICA<br>V.<br>JAMES A. PLINE JR. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| ND of IA 06-mj-247 | CD of IL 06-7217 | ND of IA 06-mj-247 | CD of IL 06-7217 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1)

**DISTRICT OF OFFENSE**
Central District of Illinois

**DESCRIPTION OF CHARGES:**
Possession with intent to distribute a controlled substance

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _25_ day of _Aug_, 20_06_
Pridgen J. Watkins, Clerk
By _____ Deputy

**CURRENT BOND STATUS:**

☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_August 25, 2006_           _/s/_
Date                         Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

6.