**E-FILED**
Monday, 28 August, 2006  03:54:57 PM
Clerk, U.S. District Court, ILCD

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | IOWA |

UNITED STATES OF AMERICA

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

V.

JAMES A. PLINE, JR.

CASE NUMBER:  06-mj-247

Defendant

CHARGING DISTRICTS
CASE NUMBER:  06-7217

I understand that charges are pending in the    Central    District of    Illinois

alleging violation of    21:841(a)(1)    and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   )  identity hearing

(   )  preliminary hearing    *and detention hearing* [handwritten]

( X )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

8/25/06
Date

_____
Defense Counsel

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ___ day of _Aug_, 20 06
Pridgen J. Watkins, Clerk
By _____
Deputy

4