E-FILED
Monday, 28 August, 2006 03:55:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ DISTRICT OF IOWA
NORTHERN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 06-mj-247 |
| Plaintiff, ) | |
| ) | ORDER FOR APPOINTMENT OF |
| vs. ) | COUNSEL |
| JAMES A. PLINE, JR., ) | |
| ) | ☒ *[Check if Federal Public Defender is appearing only for arraignment or initial appearance]* |
| Defendant. ) | |

IT IS HEREBY ORDERED that:

The **Federal Public Defender**

☐ *[Check if Federal Public Defender will withdraw because of a conflict]* and then, in substitution therefore, CJA Panel Attorney_____

is/are appointed to represent the above-named Defendant. This appointment is based upon the Defendant's inability to retain private counsel, as is required by 18 U.S.C. § 3006A, and on the following provision of the Amended and Substituted Criminal Justice Act Plan for the Southern District of Iowa:

*[Check one]*:

☐ The Defendant is charged with a felony or with a misdemeanor other than a petty offense

☐ The Defendant is entitled to appointment of counsel under the Sixth Amendment to the Constitution

☐ The Defendant is charged with civil or criminal contempt and faces loss of liberty

☐ The Defendant is charged with a violation of probation, or faces a change of a term or condition of probation; the Defendant is entitled to appointment of counsel in parole proceedings; or the Defendant is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extension or revocation of a term of supervised release

☐ The Defendant is in custody as a material witness

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _25_ day of _Aug_, 20_06_.
Pridgen J. Watkins, Clerk
By _____
Deputy

3.

☐   The Defendant has been called as a witness before a grand jury or the court and there is reason to believe, either prior to or during testimony, that the witness could be subject to a criminal prosecution, a civil or criminal contempt proceeding, or face loss of liberty

☐   The Defendant is proposed by the United States attorney for processing under a pretrial diversion program

☐   Other:_____

If no CJA Form 23 Financial Affidavit has been submitted to the Judicial Officer with this Order, counsel appointed herein shall submit a completed CJA Form 23 to the Judicial Officer issuing this Order within five (5) days from the date the Order is entered. The appointment of counsel herein is subject to the Defendant satisfying the Court of the Defendant's qualification for court-appointed counsel under 18 U.S.C. § 3006A.

*[Check if applicable]*

☐   IT IS FURTHER ORDERED that the defendant shall pay $_____ per month to the Clerk of the United States District Court to partially defray the costs of this representation, until a total of $_____ is paid. The first payment to the clerk of court shall be made by _____, 199 __. Subsequent monthly payments shall be made by the _____ of each month. If the Defendant's financial circumstances change significantly, the Defendant may file an amended financial affidavit, and the court will consider whether the payment plan should be changed.

DATED: _August 25, 2nd_

_____
C~~LERK OF COURT~~/JUDICIAL OFFICER,
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
IOWA