**E-FILED**
Monday, 28 August, 2006  03:55:45 PM
Clerk, U.S. District Court, ILCD

United States District Court
Southern District of Iowa

Presiding: Honorable    THOMAS J. SHIELDS, U.S. MAGISTRATE JUDGE
AUSA: John Mehochko          Defense Counsel: Terence McAtee
Number: 06-mj-247(ND of IA)/06-7217   Court Reporter: FTR Gold (SD of IA)
UNITED STATES OF AMERICA     Interpreter: None
              vs.                    ○ Indictment   ○ Information
                                     ⊙ Complaint    ○ Warrant
JAMES A. PLINE, JR.          Code Violation/Offense:

                             21:841(a)(1)

                             Possession with intent to distribute drugs

Date: August 25, 2007
Time Start: 8:48 am   Time End: 8:55 am

...............................................................................................................

## INITIAL APPEARANCE

Defendant Advised of Rights:        ✓ ;
to      Retain counsel;    Have CJA appointed counsel;    ✓ Have FPD appointed
        Preliminary    Removal Hearing        Arraignment
scheduled for:

...............................................................................................................

## ARRAIGNMENT

Advised of charges/maximum penalties:     ; Plea of not guilty entered
Indicted in True Name:                    ;    as to count(s):
    True Name:                            ;    Accepted:
Reading of Indictment Waived:             ; Rule 16 material by:
Trial scheduled for:                      ; Reciprocal discovery by:
                                            Pretrial motions by:
                          Notify Clerk if unable to secure the United States
                                          District Court for the Northern District of Iowa,
                          by do certify that the foregoing is a true copy of
                                          an original document remaining on file and
                                          record in my office.
                                          WITNESS my hand and seal of said Court
                             **BOND**     this _____ day of ___Aug___ 20_06_  ;
Bond previously set: $              ; Bond Set: $
Motions for detention: ✓   ; Detention hearing set: By _____ Pridgen J. Watkins, Clerk  ;
        Bond Continued    ✓ Deft. Committed                    Deputy

...............................................................................................................

Minutes:

Defendant is in Court and with counsel for initial appearance. Defendant is advised of his rights
and defendant understood his rights. Court appoints the Federal Defender's Office. Defendant
waives his rule 5 & 5.1 hearing and requested transferred to the CD of IL. Government makes an
oral motion for detention. Court orders defendant remanded to the custody of the USM pending
transferred to the CD of IL, Urbana Division for detention hearing and preliminary hearing.

Defendant is remanded to the custody of the USM.

                             /s/ Brian Phillips
                             Deputy Clerk

5