**E-FILED**
Monday, 28 August, 2006 03:56:16 PM
Clerk, U.S. District Court, ILCD

CLOSED

# U.S. District Court
## Northern District of Iowa (Cedar Rapids)
### CRIMINAL DOCKET FOR CASE #: 1:06-mj-00247-JAJ-ALL
Internal Use Only

Case title: USA v. Pline

Date Filed: 08/24/2006

Assigned to: Chief Magistrate John A Jarvey

**Defendant**

James A Pline, Jr (1)

represented by  Terence Lee McAtee
Federal Public Defender
101 West 2nd Street
Suite 401
Davenport, IA 52801
563 322 8931
Fax: 383 0052
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

The above is a true copy.
ATTEST: Pridgen J. Watkins, Clerk
By: _____

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA  represented by  **Richard L Murphy**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: rich.murphy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2006 | 1 | Rule 5(c)(3) Documents Received as to Defendant James A Pline, Jr (faxed to USA,FPD,USP) (de) (Entered: 08/24/2006) |
| 08/24/2006 |  | Attorney update in case as to Defendant James A Pline, Jr. Attorney Richard L Murphy for USA added. (de) (Entered: 08/24/2006) |
| 08/24/2006 | 2 | Arrest Warrant Issued in Central Illinois in case as to Defendant James A Pline, Jr. (Deft arrested in Dubuque, IA) (de) Modified on 8/25/2006-warrant faxed to USA,FPD,USP (de). (Entered: 08/24/2006) |
| 08/25/2006 | 3 | ORDER FOR APPOINTMENT OF COUNSEL - FPD for Initial Appearance only as to Defendant James A Pline, Jr. Signed by Judge Thomas J Shields on 8/25/06. (copy faxed to Des Moines FPD and AUSA) (de) (Entered: 08/25/2006) |
| 08/25/2006 | 4 | WAIVER of Rule 5(c)(3) Hearing by Defendant James A Pline, Jr. (faxed to Des Moines FPD and AUSA) (de) (Entered: 08/25/2006) |
| 08/25/2006 | 5 | Minute Entry for proceedings held before Judge Thomas J Shields. Detention Hearing/Initial Appearance as to Defendant James A Pline, Jr held on 8/25/2006. Attorney Terence McAtee for defendant. Court orders defendant remanded to the custody of the USM pending transfer to the Central District of Illinois, Urbana Division for detention and preliminary hearing. (FTR Gold - SD of IA.) (faxed to Des Moines AUSA and FPD) (de) (Entered: 08/25/2006) |
| 08/25/2006 | 6 | Intradistrict Transfer to Central District of Illinois as to Defendant James A Pline, Jr. (faxed to Des Moines FPD and AUA) (certified copy of documents #3,4,5, and 6 mailed to Central District of Illinois with attested copy of docket sheet) (de) (Entered: 08/25/2006) |
| 08/25/2006 |  | ***Case Terminated as to Defendant James A Pline, Jr. pursuant to order filed on 8/25/06 at docket entry #6. (de) (Entered: 08/25/2006) |

| 08/25/2006 | ● | Attorney update in case as to Defendant James A Pline, Jr. Attorney Terence Lee McAtee for James A Pline, Jr added pursuant to order #3. (de) (Entered: 08/25/2006) |