AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
V.
JAMES A. PLINE, JR.



**WARRANT FOR ARREST**

Case Number: 06- 7217

**SEALED**

FILED
OCT 20 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JAMES A. PLINE, JR.
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly and intentionally possessing, with the intent to distribute, a controlled substance, namely approximately 520 grams of cocaine, a Schedule II Controlled Substance,

in violation of Title  21  United States Code, Section(s)  841(a)(1)

David G. Bernthal                       s/David G. Bernthal
Name of Issuing Officer                 Signature of Issuing Officer

United States Magistrate Judge          8/23/2006         Urbana, Illinois
Title of Issuing Officer                Date and Location

*Bond to be considered at initial appearance.*

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Dubuque, IA

| DATE RECEIVED 09/25/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/24/06 | J.J. Johnson DEA S/A | [signature] |