2:06-cr-20063-MPM-DGB    # 19    Page 1 of 2
2:06-cr-20063-MPM-DGB    # 18    Page 1 of 6

E-FILED
Wednesday, 18 July, 2007 02:07:55 PM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 29 May, 2007 04:29:51 PM
Clerk, U.S. District Court, ILCD

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
JAMES A. PLINE, JR.

JUDGMENT IN A CRIMINAL CASE

Case Number: 06-20063-01

USM Number: 13728-026

James C. Dedman
Defendant's Attorney

FILED
JUL 18 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §841(a)(1) and (b)(1)(B) | Possession of Cocaine with Intent to Distribute | 8/4/2005 | 1 |

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)    ☐ is    ☐ are    dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/25/2007
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY    CHIEF U. S. DISTRICT JUDGE
Name and Title of Judge

5/29/07
Date

RECEIVED
2007 JUL 16 P 5:00
US MARSHALS SERVICE
CENTRAL ILLINOIS

AO 245B   (Rev. 12/03) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: JAMES A. PLINE, JR.
CASE NUMBER: 06-20063-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

41 months.

☑ The court makes the following recommendations to the Bureau of Prisons:
1. Due to extensive family ties, the Court recommends to the Federal Bureau of Prisons that the defendant be housed in the Midwest for visitation.
2. The Court finds the defendant is an addict and, therefore, recommends to the Federal Bureau of Prisons that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the Federal Bureau of Prisons.
3. The Court does not find the defendant to be a danger to others, or a risk of flight. Because of these findings, the Court recommends to the Bureau of Prisons that the defendant be housed in a federal prison camp or minimum security facility.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☑ before 2 p.m. on 7/6/2007.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant V/S on 7-6-07 to FPC Yankton a Yankton, SD., with a certified copy of this judgment.

J. D. Whitehead, Warden

UNITED STATES MARSHAL
Robert Hale
Legal Instruments Examiner
By _____
DEPUTY UNITED STATES MARSHAL