March, 3, 2008

James A. Pline Jr. 13728-026
Federal Prison Camp
PMB 700
Yankton, SD 57078

**FILED**
MAR - 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Case Number: 0620063

To whom it may concern:

I am writing this letter in hopes that you may be able to assign me a public defender, in order to file a motion with the courts. I am currently incarcerated in Yankton, South Dakota. I am serving a 41 month sentence. I am about to start the Residental Drug Abuse Program. I am being refused the sentence reduction due to a weapons enhancement. I would like to file a motion to the court to have the enhancement removed from my Pre-sentence investigation in hopes to recieve the sentence reduction for completion of the RDAP program. I hope you will contact me as soon as possible to let me know what I need to do. Thank you for your time and cooperation.

Sincerely,

*James A Pline Jr.*

James A Pline Jr.