### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAMES A. PLINE, JR., )<br>)<br>Defendant. ) | Case No. 06-20063 |

### **ORDER**

On March 6, 2008, Defendant filed a Motion to Reduce Sentence based on the retroactive Amendment to the sentencing guideline range regarding crack cocaine sentencing. The Court appointed the Federal Defender's Office to represent Defendant in this matter.

Title 18 U.S.C. § 3582(c)(2) provides that a court may not modify a term of imprisonment once it has been imposed except:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

The Defendant was sentenced by this Court on May 25, 2007, to a sentence of 41 months for possession of powder cocaine only. Accordingly, the Defendant is not eligible for a reduction because the amendment only applies to crack cocaine and does not change the Defendant's guideline range or sentence.

IT IS HEREBY ORDERED as follows:

1. The Motion to Withdraw as Counsel (#21) filed by the Federal Public Defender's office is GRANTED. Defendant is allowed to pursue this matter *pro se*.

2. Defendant shall file with this Court no later than 30 days of the date of this Order, a pleading that either (a) concedes that the Amendment does not apply because his sentence was for a powder cocaine offense only, or (b) explains why the Amendment applies in spite of the sentence for a powder cocaine offense.

ENTERED this 24th day of March, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE