**E-FILED**
Wednesday, 26 August, 2009  04:22:28 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | James A. Pline<br>Federal Prison Camp<br>P.O. Box 680<br>Yankton, South Dakota 57078 | **CASE NUMBER:** 06-20063-001 |

**SENTENCING JUDICIAL OFFICER:**    Michael P. McCuskey
Chief U.S. District Judge

**DATE OF ORIGINAL SENTENCE:**    May 25, 2007

**ORIGINAL OFFENSE:**    Possession of Cocaine with Intent to Distribute

**ORIGINAL SENTENCE:**    41 months imprisonment followed by a four-year term of supervised release with the following special conditions: 1) no firearms, 2) substance abuse treatment and testing, and 3) participate in job training.

**TYPE OF SUPERVISION:**    Supervised release

**DATE SUPERVISION COMMENCED:**    June 14, 2010

## PETITIONING THE COURT

[]    To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

> **SPECIAL CONDITION NO. 4**: You are prohibited from entering bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.

### CAUSE

Mr. Pline is requesting to relocate to the Northern District of Iowa upon release from incarceration.  That district will accept his case only if this condition is added to his terms of supervised release.  Mr. Pline has agreed to the modification of his conditions.

Respectfully submitted,

S/Susan C. Silver

Supervising U.S. Probation Officer
Date: August 25, 2009

SCS:jan

=============================================================

THE COURT ORDERS:

[   ]  No Action
[   ]  The Extension of Supervision as Noted Above
[ X ]  The Modification of Conditions as Noted Above
[   ]  Other

                              s/ Michael P. McCuskey
                              _____
                              Michael P. McCuskey
                              Chief U.S. District Judge
                              Date: August 26, 2009